UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 26-cv-21355-JAL

GISELA CASTILLA RODRIGUEZ,

     Plaintiff,

vs.

MIAMI-DADE COUNTY, FLORIDA; ST.
LUCIE COUNTY SHERIFF'S OFFICE; CITY
OF WEST MIAMI, FLORIDA; CITY OF
MIAMIBEACH, FLORIDA; and CITY OF
NORTH MIAMI BEACH, FLORIDA

     Defendants.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant CITY OF MIAMI BEACH (hereinafter "the City") hereby moves this Court

pursuant to Fed. R. Civ. P. 6 and Local Rule 7.1, for a thirty-day extension of time to respond to

Plaintiff's Complaint [ECF No. 1], and states as follows:

1.     Plaintiff served her Complaint on the City on March 18, 2026. The City's response

to Plaintiff's Second Amended Complaint is due on April 8, 2026. Therefore, this motion is timely.

2.     The City requests a thirty-day extension of time in order to allow it time to

adequately prepare and serve its response.

3.     The instant motion is made in good faith and for no improper purpose.  Further, the

requested enlargement of time will not prejudice any of the parties hereto, nor will it unduly delay

the proceedings.

4.     A proposed order is attached hereto as **Exhibit 1**.

5. **Local Rule 7.1(a)(2) Conferral:** Counsel for Plaintiff has represented that he does not oppose the granting of this motion.

**WHEREFORE**, the Defendant respectfully request an extension of time up to and including May 8, 2026, to file its response to Plaintiff's Complaint.

Respectfully submitted,

RICARDO DOPICO, CITY ATTORNEY
CITY OF MIAMI BEACH
1700 CONVENTION CENTER DRIVE
4th FLOOR-LEGAL DEPARTMENT
MIAMI BEACH, FLORIDA 33139
TEL: (305) 673-7470
FAX: (305) 673-7002

By: /s/*Henry J. Hunnefeld*
HENRY J. HUNNEFELD
Deputy City Attorney
henryhunnefeld@miamibeachfl.gov
CARLA POMPA
Litigation Fellow
carlapompa@miamibeachfl.gov
Florida Bar No. 1069945

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of March, 2026, I electronically filed the foregoing *Motion for Extension of Time* with the Clerk of the Court using CM/ECF, which in turn will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

By: /s/*Henry J. Hunnefeld*
HENRY J. HUNNEFELD