**ENROLLED**

**2026 Legislature**                                                    SB 488, 2nd Engrossed

2026488er

having in full force liability insurance, a surety bond, or a valid self-insurance certificate that complies with this section. The insurer shall provide notice to the department at the same time the cancellation notice is provided to the insured pursuant to s. 627.7281. The department may adopt rules regarding the electronic submission of the cancellation notice.

Section 9.  Section 320.061, Florida Statutes, is amended to read:

320.061  Unlawful to alter motor vehicle registration certificates, license plates, temporary license plates, mobile home stickers, or validation stickers or to obscure license plates; penalty.—

(1)  A person may not alter the original appearance of a vehicle registration certificate, license plate, temporary license plate, mobile home sticker, or validation sticker issued for and assigned to a motor vehicle or mobile home, whether by mutilation, alteration, defacement, or change of color or in any other manner. A person may not apply or attach a substance, reflective matter, illuminated device, spray, coating, covering, or other material onto or around any license plate which interferes with the legibility, angular visibility, or detectability of ~~any feature or detail on~~ the license plate number or validation sticker or interferes with the ability to record ~~any feature or detail on~~ the license plate number or validation sticker. A person who knowingly violates this section commits a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

(2)  The use of a license plate frame or decorative border around a license plate is not an offense under this section,

**CODING:** Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.

2026488er

provided that the frame or border does not obscure the visibility of the following:

(a)  The alphanumeric designation or license plate number.

(b)  The registration decal or validation sticker located in the upper right corner.

Section 10.  Subsection (3) of section 320.084, Florida Statutes, is amended to read:

320.084  Free motor vehicle license plate to certain disabled veterans.—

(3)  The department shall, as it deems necessary, require each person to whom a motor vehicle license plate has been issued pursuant to subsection (1) to apply to the department for reissuance of his or her registration license plate. Upon receipt of the application and proof of the applicant's continued eligibility, the department shall issue a new permanent disabled veteran motor vehicle license plate which shall be of the colors red, white, and blue similar to the colors of the United States flag. A disabled veteran who has been issued a permanent disabled veteran motor vehicle license plate may retain the unique alphanumeric designation assigned to the plate upon reissuance, renewal, or transfer of the plate to another vehicle owned by the veteran. The operation of a motor vehicle displaying a disabled veteran license plate from a previous issue period or a noncurrent validation sticker after the date specified by the department shall subject the owner if he or she is present, otherwise the operator, to the penalty provided in s. 318.18(2). Such permanent license plate shall be removed upon sale of the vehicle, but may be transferred to another vehicle owned by such veteran in the manner prescribed

**CODING:** Words ~~stricken~~ are deletions; words <u>underlined</u> are additions.