AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-21355-JAL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Miami-Dade County, Florida c/o Daniella Levine Cava, Mayor

was received by me on *(date)*          March 18, 2026          .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Ms. Sonia Accius (Mayor's Aide)          , who is

designated by law to accept service of process on behalf of *(name of organization)*   Miami-Dade County, Florida

c/o Daniella Levine Cava, Mayor                            on *(date)*    March 18, 2026    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date:    March 18, 2026

_____
*Server's signature*

Thomas M Carrigan, Miami Dade County Process Server # 10152
*Printed name and title*

15019 SW 159 Court
Miami, Florida 33196

_____
*Server's address*

Additional information regarding attempted service, etc:

On Wednesday, March 18, 2026, I met in person with Ms. Sonia Accius (Mayor's Aide), who advised that she is authorized to receive legal correspondence on behalf of Mayor Daniella Levine Cava, Miami-Dade County, Florida. All relevant documentation was provided to her at that time.