AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-21355-JAL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   City of North Miami Beach, Fla c/o Andrise Bernar City Clerk

was received by me on *(date)*    March 18, 2026    .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Ms. Terisha Cuebas (Exec. Assistant to City Clerk)   , who is

designated by law to accept service of process on behalf of *(name of organization)*   City of North Miami Beach, Fla

c/o Andrise Bernar City Clerk   on *(date)*    March 18, 2026   ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0    .

I declare under penalty of perjury that this information is true.

Date:   March 18, 2026   _____

*Server's signature*

Thomas M Carrigan, Miami Dade County Process Server # 10152

*Printed name and title*

15019 SW 159 Court
Miami, Florida 33196

*Server's address*

Additional information regarding attempted service, etc:

On Wednesday, March 18, 2026, I met in person with Ms. Terisha Cuebas, who advised that she is authorized to receive legal correspondence on behalf of the City Clerk of North Miami Beach, Florida. All relevant documentation was provided to her at that time.