AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-21355-JAL

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   City of Miami Beach, Fla c/o Rafael F. Granado, City Clerk

was received by me on *(date)*        March 18, 2026         .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   Ms. Lupita Ramos (Office Manager)        , who is

designated by law to accept service of process on behalf of *(name of organization)*   City of Miami Beach, Fla

c/o Rafael F. Granado, City Clerk            on *(date)*   March 18, 2026    ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $     0     .

I declare under penalty of perjury that this information is true.

Date:   March 18, 2026 _____          _____
                                                                *Server's signature*

                                        Thomas M Carrigan, Miami Dade County Process Server # 10152
                                                                *Printed name and title*

                                                        15019 SW 159 Court
                                                        Miami, Florida 33196

                                                                *Server's address*

Additional information regarding attempted service, etc:

On Wednesday, March 18, 2026, I met in person with Ms. Lupita Ramos (Office Manager), who advised that she is authorized to receive legal correspondence on behalf of the City Clerk of The City of Miami Beach, Florida. All relevant documentation was provided to her at that time.