AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  **1:26-CV-21355-JAL**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **St Lucie County Sheriff's office**
was recieved by me on  **3/13/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Amber Izzo**, who is designated by law to accept service of process on behalf of **St Lucie County Sheriff's office** at **4700 W Midway Rd, Fort Pierce, FL 34981** on **03/17/2026 at 11:50 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.

Date:  03/17/2026

_____
*Server's signature*

**Victoria Wolf**
*Printed name and title*

**1203 Country Gardens Lane
Fort Pierce, FL 34982**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons; CIVIL COVER SHEET,  to Amber Izzo who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.  Individual served is the legal council for the St. Lucie County Sheriff.**





Tracking #: **0213849528**