**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-CV-21355-JAL**

GISELA CASTILLA RODRIGUEZ,

    Plaintiff,

v.

MIAMI-DADE COUNTY, FLORIDA; ST.
LUCIE COUNTY SHERIFF'S OFFICE;
CITY OF WEST MIAMI, FLORIDA; CITY
OF MIAMI BEACH, FLORIDA; and CITY
OF NORTH MIAMI BEACH, FLORIDA,

    Defendants.

_____/

**MIAMI-DADE COUNTY'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Defendant Miami-Dade County files this Notice of Filing Supplemental Authority in support of its Motion to Dismiss Complaint [ECF No. 18].

On April 21, 2026, Governor DeSantis approved SB 488, which is now codified at Chapter 2026-39, Laws of Florida, attached as **Exhibit 1**. This new law renders the issue in this case—the constitutionality of Florida Statutes section 320.061—moot. Effective October 1, 2026, Chapter 2026-39 amends Florida Statutes section 320.061 to read:

320.061 Unlawful to alter motor vehicle registration certificates, license plates, temporary license plates, mobile home stickers, or validation stickers or to obscure license plates; penalty.—

(1) A person may not alter the original appearance of a vehicle registration certificate, license plate, temporary license plate, mobile home sticker, or validation sticker issued for and assigned to a motor vehicle or mobile home, whether by mutilation, alteration, defacement, or change of color or in any other manner. A person may not apply or attach a substance, reflective matter, illuminated device, spray, coating, covering, or other material onto or around any license plate which interferes with the legibility, angular visibility, or detectability of ~~any feature or detail on~~ the license plate number or validation sticker or interferes with the ability to record ~~any feature or detail on~~ the license plate number or validation sticker. A

1

person who knowingly violates this section commits a misdemeanor of the second degree, punishable as provided in s. 775.082 or s. 775.083.

(2) The use of a license plate frame or decorative border around a license plate is not an offense under this section, provided that the frame or border does not obscure the visibility of the following:

(a) The alphanumeric designation or license plate number.

(b) The registration decal or validation sticker located in the upper right corner.

*Id.* at 11 (underlining in original denoting additions, strikethrough in original denoting deletions).

Dated: April 23, 2026

Respectfully submitted,

**GERALDINE BONZON-KEENAN**
**Miami-Dade County Attorney**

By: /s/ *Michael A. Muñoz*
    Michael Muñoz
    Assistant County Attorney
    Florida Bar Number 1003076
    Stephen P. Clark Center, Suite 2810
    111 Northwest First Street
    Miami, Florida 33128-1993
    Telephone: (305) 375-5151
    Fax: (305) 375-5611
    Email: michael.munoz@miamidade.gov
    *Attorney for Miami-Dade County*