UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami division

Case No. 26-cv-21355 – JAL

GISELA CASTILLA RODRIGUEZ,

        Plaintiff,

vs.

MIAMI-DADE COUNTY, FLORIDA,
ST. LUCIE COUNTY SHERIFF'S OFFICE,
CITY OF WEST MIAMI, FLORIDA
CITY OF MIAMI BEACH, FLORIDA
NORTH MIAMI BEACH, FLORIDA

        Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE, that the undersigned, Claudio Riedi, Esq., and the law firm of Lehtinen

Schultz, PLLC, hereby enters his appearance for the City of West Miami, Florida, and requests

that all pleadings and notices in this case be served on them.

Respectfully submitted,

        LEHTINEN SCHULTZ, PLLC
        *Attorneys for City of West Miami, Florida*
        1200 Brickell Avenue, Suite 507
        Miami, Florida 33131
        Telephone: 305-760-8544
        Facsimile: 305-356-5720

        By:  /s/ Claudio Riedi_____
        Claudio Riedi, Esq.
        DEXTER LEHTINEN, ESQ.
        Florida Bar No. 265551
        Email:  dlehtinen@aol.com
        CLAUDIO RIEDI, ESQ.
        Florida Bar No.: 984930
        Email: criedi@Lehtinen-Schultz.com
        Email:sdavis@Lehtinen-Schultz.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of April, 2026, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the E-Filing Portal. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties that have registered with the CM/ECF E-Filing Portal.

By: Claudio Riedi_____
CLAUDIO RIEDI, ESQ.
Florida Bar No.: 984930

.