AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| GISELA CASTILLA RODRIGUEZ<br><br><br>*Plaintiff(s)*<br>v.<br>MIAMI-DADE COUNTY, FLORIDA, et al.<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:26-CV-21355<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Miami-Dade County Sheriff's Office
c/o Sheriff Rosie Cordero-Stutz
9105 NW 25th Street
Doral, FL 33172

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. Whorton
Ticket Toro Law Firm
5757 Waterford District Drive
Suite 110
Miami, FL 33126
Email: Charlie@TicketToro.ai

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: May 5, 2026



**SUMMONS**

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court