**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| GISELA CASTILLA RODRIGUEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>ROSIE CORDERO-STUTZ, in her official capacity as Sheriff of Miami-Dade County, Florida; RICHARD DEL TORO, in his official capacity as Sheriff of St. Lucie County, Florida; CITY OF WEST MIAMI, FLORIDA; CITY OF MIAMI BEACH, FLORIDA; and CITY OF NORTH MIAMI BEACH, FLORIDA,<br><br>    Defendants. | Case No. 1:26-cv-21355-JAL |

**DECLARATION OF GISELA CASTILLA RODRIGUEZ**
**IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Gisela Castilla Rodriguez, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct based on my personal knowledge:

1.      I am the Plaintiff in the above-captioned action. I am over the age of eighteen and competent to make this declaration. I make it in support of the Motion for Preliminary Injunction.

2.      I am a resident of Miami-Dade County, Florida, and a citizen of the United States. I have lived in Miami-Dade County for 42 years. I am a mother of 2 children.

**My Vehicle and License Plate Frame**

3.      I currently own and drive a 2025 Buick Enclave vehicle bearing Florida license plate number KEBH51.

1

4.      The license plate on my vehicle is enclosed within a decorative dealer-issued license plate frame manufactured and installed by Vera, a Florida automobile dealership. The frame was installed by the dealership at the time of the vehicle's purchase. A photograph showing my vehicle's license plate as currently affixed and framed is attached as Exhibit A to this declaration.

5.      As shown in Exhibit A, the Vera dealer frame fully covers and obscures the words "SUNSHINE STATE" printed across the bottom of the license plate. The frame does not obscure (a) the alphanumeric plate identifier, (b) the registration decal in the upper right-hand corner of the plate, or (c) the "MyFlorida.com" inscription printed across the top of the plate. The only feature of the plate that the frame covers is the "Sunshine State" verbiage at the bottom.

6.      To my knowledge, the Vera frame on my license plate is materially identical to the standard dealer-issued frames provided by automobile dealerships throughout Florida. It is a standard frame, not a custom or aftermarket modification.

**My Daily and Statewide Driving**

7.      I drive daily within Miami-Dade County. I use my vehicle for personal errands, work, transportation of my children, and other ordinary daily activities.

8.      I drive regularly within Broward County. I transport my children to and from their school in Broward County. I drive in Broward County at least 5 times a week.

9.      I drive across the State of Florida several times per month to transport my children to dance competitions in Miami Beach (Miami-Dade County), Fort Lauderdale and Lauderhill (Broward County), Lakeland (Polk County), and Orlando (Orange County). My travel to dance competitions in Orange County requires me to drive northbound on Florida's Turnpike through St. Lucie County. I regularly use Interstate 95, Interstate 395, Interstate 595, and Florida's Turnpike.

2

**My Awareness of and Fear of Enforcement Under § 320.061**.

10. I am aware that Florida Statutes Section 320.061—as amended by HB 253 effective October 1, 2025—prohibits applying or attaching material to a license plate that "interferes with the legibility, angular visibility, or detectability of any feature or detail" on the plate, and that a violation is a second-degree misdemeanor punishable by up to sixty days of imprisonment and a fine of up to $500.

11. I am aware that different Florida law enforcement agencies have publicly adopted irreconcilable interpretations of § 320.061. Some agencies—including the Miami-Dade Sheriff's Office, the Town of Davie Police Department, the City of Miami Beach Police Department, the City of North Miami Beach Police Department, the City of West Miami Police Department, and the St. Lucie County Sheriff's Office—treat license plate frames covering the "Sunshine State" verbiage as criminally prohibited. I also understand that other agencies—including the Seminole County Sheriff's Office, the Volusia County Sheriff's Office, the Apopka Police Department, the Ocoee Police Department, and the Casselberry Police Department—publicly treat the same conduct as lawful.

12. I am aware that on December 17, 2025, the Davie Police Department arrested Demarquize Dawson because the dealer-issued frame on his rental vehicle partially covered the letter "S" in "Sunshine State." That frame, as I understand the public reporting, is materially identical to the frame on my vehicle. I understand Mr. Dawson was jailed, suffered a panic attack, and was hospitalized.

13. My children attend school in Southwest Ranches, Florida—an area patrolled by the Davie Police Department. I regularly drive between my home in Miami-Dade County and that school. I also drive regularly in Broward County.

3

14. I am aware that the Davie Police Department subsequently issued a public statement acknowledging that the law was "vague, unclear and appeared to be open for misinterpretation."

15. Based on the foregoing, I am genuinely afraid that I will be arrested, cited, or both, under § 320.061 if I continue to drive my vehicle as I currently drive it.

16. I am unable to determine, from the face of § 320.061 itself or from the conflicting public guidance issued by Florida law enforcement agencies, whether my conduct in any particular county on any particular day will result in a criminal citation, an arrest, or no enforcement action at all.

**<u>Compliance Costs and Burdens Absent Relief</u>**

17. The simplest way for me to avoid potential criminal liability under § 320.061 would be to remove the Vera dealer frame from my vehicle. I should not be required to do so to avoid criminal arrest. The Florida Department of Highway Safety and Motor Vehicles' December 12, 2025 official guidance and the Florida Legislature's near-unanimously enacted Chapter 2026-39 (effective October 1, 2026) both confirm that my dealer-issued frame, which leaves the alphanumeric plate identifier and registration decal fully visible, is lawful conduct.

18. I bring this action seeking declaratory and injunctive relief because I should not have to choose between (a) modifying my vehicle to comply with the irreconcilable demands of conflicting Florida law enforcement agencies, or (b) accepting daily exposure to misdemeanor arrest under a statute the Florida Legislature has effectively disclaimed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 6, 2026, in Miami-Dade County, Florida.

4

5

_____/s/ Gisela Castilla_____
GISELA CASTILLA RODRIGUEZ

5

# EXHIBIT A

*to Declaration of Gisela Castilla Rodriguez*



Photograph of the rear license plate of Plaintiff's 2025 Buick Enclave (Florida tag KEBH51), depicting the Vera dealer-issued frame as currently affixed. The frame covers only the "SUNSHINE STATE" verbiage at the bottom of the plate and does not obscure the alphanumeric designation, the registration decal in the upper-right corner, or the "MyFlorida.com" inscription at the top.