IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

GISELA CASTILLA RODRIGUEZ,

    Plaintiffs,

v.

ROSIE CORDERO-STUTZ, in her official
capacity as Sheriff of Miami-Dade
County, Florida; RICHARD DEL TORO,
in his official capacity as Sheriff of
St. Lucie County, Florida; CITY OF
WEST MIAMI, FLORIDA; CITY OF
MIAMI BEACH, FLORIDA; and CITY
OF NORTH MIAMI BEACH, FLORIDA,

    Defendants.

Case No. 1:26-cv-21355-JAL

## DECLARATION OF CHARLES E. WHORTON
## IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Charles E. Whorton, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the following is true and correct based on my personal knowledge:

1. I am one of the attorneys of record for Plaintiff Gisela Castilla Rodriguez in the above-captioned action. I am admitted to practice in the State of Florida and in this Court. I make this declaration in support of Plaintiff's Motion for Preliminary Injunction.

### The Citation Data

2. I am a partner at Ticket Toro Law Firm and am responsible, in part, for the firm's data and analytics work product. In that capacity, I have personal knowledge of how the firm collects, processes, and stores data concerning citations issued under Florida traffic and criminal statutes (the "Citation Database").

1

3.      The Citation Database is compiled from public records obtained from the Florida Department of Highway Safety and Motor Vehicles, the Florida county Clerks of Court, and other publicly accessible sources, including official traffic-court dockets and online citation portals.

4.      As of April 27, 2026, the Citation Database contains records of citations issued by Florida law enforcement agencies under Fla. Stat. § 320.061 between October 1, 2025 (the statute's effective date as amended by HB 253) and the date of this declaration.

**The April 27, 2026 Data Pull and Findings**

5.      On April 27, 2026, at my direction, the Citation Database was queried for records of all citations issued under Fla. Stat. § 320.061 between December 13, 2025 (the day after the FLHSMV emergency guidance) and April 27, 2026.

6.      The query returned at least 601 criminal citations statewide issued under § 320.061 between December 13, 2025 and April 27, 2026.

7.      The query further returned the following counts of citations issued by named-defendant agencies during the relevant periods:

| Agency | 12/13/25 – 4/27/26 | 2/27/26 – 4/27/26 (post-filing) |
|---|---|---|
| Miami-Dade Sheriff's Office | 213 | 49 |
| City of Miami Beach Police Department | 95 | 25 |
| City of West Miami Police Department | 15 | 3 |
| City of North Miami Beach Police Department | 7 | 3 |
| **Total — named Defendants** | **330** | **80** |

8.      Of the citations identified in the query, a meaningful number contain no specific officer-articulated basis in any narrative field, displaying only the boilerplate statutory label

"UNLAWFUL ALTERATION OF TAG/REGIST." or substantively identical boilerplate. The remaining citations contain officer-articulated narrative bases for the criminal citation, recorded either in the citation's free-text additional-comments field or in an officer annotation appended to the statutory label.

**Specific Citations Cited in the Motion**

9.      Below are the relevant portions of the Citation Database for the five illustrative citations cited in Plaintiff's Motion for Preliminary Injunction:

| Citation No. | Issuing Agency | Date Issued | Officer's Narrative |
|---|---|---|---|
| AN8K8NE | Miami-Dade Sheriff's Office | 4/17/2026 | FRAME BLOCKING THE FULL ST AT THE BOTTOM OF TAG |
| AND6D7E | Miami-Dade Sheriff's Office | 4/16/2026 | TAG COVER CONCEALING THE STATE AND REGISTRATION |
| ANE5IWE | City of Miami Beach Police Department | 4/25/2026 | UNLAWFUL ALTERATION OF TAG/REGIST. |
| AL5OZ7E | City of West Miami Police Department | 1/29/2026 | TAG FRAME OBSCURING STATE IDENTIFIER |
| AL5P44E | City of West Miami Police Department | 2/16/2026 | FRAME COVERING STATE |

10.     The five citations identified in paragraph 9 are illustrative examples drawn from the larger set of post-FLHSMV-memo citations identified in the April 27, 2026 query. They are not the complete set.

11.     Citation numbers are public records under Florida law. I have used citation numbers in lieu of cited individuals' names to protect those individuals' privacy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 8, 2026, in Miami-Dade County, Florida.


 _/s/ Charles E. Whorton_____
CHARLES E. WHORTON