**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**(MIAMI)**

GISELA CASTILLO RODRIGUEZ,                    CASE NO.: 26-cv-21355-JAL

      Plaintiff,

v.

MIAMI-DADE COUNTY, FLORIDA; ST.
LUCIE COUNTY SHERIFF'S OFFICE; CITY
OF WEST MIAMI, FLORIDA; CITY OF MIAMI
BEACH, FLORIDA; AND CITY OF NORTH
MIAMI BEACH, FLORIDA,

      Defendants.

_____/

### <u>DEFENDANT ST. LUCIE COUNTY SHERIFF'S OFFICE'S</u>
### <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>
### (AND MEMORANDUM OF LAW)

The Defendant, St. Lucie County Sheriff's Office, by and through undersigned counsel, hereby files this, its Unopposed Motion for an Extension of Time to file a Response to Plaintiff's First Amended Complaint [ECF No. 27], and in support thereof would state as follows:

1.      Plaintiff, through her counsel, filed her First Amended Complaint on April 28, 2026.

2.      Defendant's response to Plaintiff's First Amended Complaint and Injunctive Relief is due on May 12, 2026.

3.      The undersigned counsel was working diligently on this response, but this morning his young son had to be rushed to the hospital due to a medical emergency. As a result, counsel for the Defendant St. Lucie County Sheriff's Office is requesting an extension to respond to Plaintiff's First Amended Complaint so that he may attend to his son's needs.

1

4.      This extension is not sought for the purpose of delay and is sought in good faith. Further, such an extension at this early stage will have little to no impact on the orderly progression of the case or any future deadlines.

WHEREFORE, the Defendant St. Lucie County Sheriff's Office respectfully requests that the Court extends the deadline to file a response to Plaintiff's First Amended Complaint 7 days from May 12, 2026, up to and including May 19, 2026.

Further, and in support of the foregoing Motion, this Defendant would refer this Honorable Court to the Memorandum of Law attached hereto and incorporated herein by reference.

### **MEMORANDUM OF LAW**

Federal Rule of Civil Procedure 6(b)(1)(A) governs the enlargement of time periods prescribed by the federal rules or by an order of the district court. Rule 6(b) provides in pertinent part:

**(b) Extending Time.**

**(1) *In General.*** When an act may or must be done within a specified time, the court may, for good cause, extend the time:

**(A)** with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires;

District courts enjoy broad discretion in deciding how best to manage the cases before them. Rae v. Perry, 392 Fed. Appx. 753, 755 (11th Cir. 2010); Chudasama v. Mazda Motor Corp., 123 F.3d 1353, 1366 (11th Cir. 1997). Rule 6 should be applied liberally "to secure the just, speedy, and inexpensive determination of every action." District Courts possess broad discretion to manage their cases. Chrysler Int'l Corp. v. Chemaly, 280 F.3d 1358, 1360 (11th Cir. 2002). This broad discretion encompasses the management of pre-trial activities. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001)). Good cause exists here given

2

the fact that the undersigned counsel has an unexpected family emergency involving his young son as stated above.

For the reasons stated above, the Defendant St. Lucie County Sheriff's Office respectfully requests this Honorable Court to grant this Motion.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that his paralegal conferred via email with Plaintiff's counsel regarding the relief sought in this Motion, and that there is no objection to the relief sought herein.

*/s/ Andrew W. Jolly*
ANDREW W. JOLLY, ESQUIRE
Fla. Bar No. 1032793

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on May 12, 2026 an accurate copy of this document was electronically served upon all counsel of record through the CM/ECF Portal or another authorized means.

*/s/ Andrew W. Jolly*
ANDREW W. JOLLY, ESQUIRE
Fla. Bar No. 1032793
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone:(954) 462-3200
E-mail: Andrew@purdylaw.com
         Cecilia@purdylaw.com
Attorney *for Defendant St. Lucie County Sheriff's Office.*

3