**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 26-cv-21355-JAL**

GISELA CASTILLA RODRIGUEZ,

      Plaintiff,

vs.

CITY OF MIAMI BEACH, FLORIDA,
et al.

      Defendants.

_____/

**NOTICE OF FILING EXHIBITS TO DEFENDANT**
**CITY OF MIAMI BEACH'S  MOTION TO DISMISS**

Defendant, CITY OF MIAMI BEACH (hereinafter, "CITY"), by and through its undersigned counsel, files this its Notice of Filing Exhibits to its Motion to Dismiss [DIN #36] as follows:

1.      Exhibit 1:  copy of the portion of Ch. 2026-39 containing the amendment;

2.      Exhibit 2:  copy of the issued guidance

      Respectfully submitted,

      RICARDO DOPICO, CITY ATTORNEY
      CITY OF MIAMI BEACH
      1700 CONVENTION CENTER DRIVE
      4th FLOOR-LEGAL DEPARTMENT
      MIAMI BEACH, FLORIDA 33139
      TEL: (305) 673-7470
      FAX: (305) 673-7002

      By: /s/*Henry J. Hunnefeld*

      HENRY J. HUNNEFELD
      Deputy City Attorney
      henryhunnefeld@miamibeachfl.gov

Florida Bar No. 343811
CARLA POMPA
Litigation Fellow
carlapompa@miamibeachfl.gov
Florida Bar No. 1069945

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of May, 2026, I electronically filed the foregoing *Notice of Filing Exhibits to CMB's Motion to Dismiss* with the Clerk of the Court using CM/ECF, which in turn will automatically generate a Notice of Electronic Filing to all parties in the case who are registered users of the CM/ECF system.

By: /s/*Henry J. Hunnefeld*

HENRY J. HUNNEFELD