

**Dave Kerner**
Executive Director

2900 Apalachee Parkway
Tallahassee, Florida 32399-0500
www.flhsmv.gov

DATE:       December 12, 2025

TO:         All Florida Law Enforcement Agencies

FROM:       Dave Kerner, Executive Director
            Florida Department of Highway Safety and Motor Vehicles

SUBJECT:    Obscured License Plates

On October 1, 2025, Florida Statute 320.262 *License plate obscuring device prohibited; penalties* went into effect. This statute prohibits license plate obscuring devices.

This memo is intended to provide additional guidance on the use of a license plate frame.

Sections (1)(c) and (1)(d) of s. 320.262 F.S. reads as follows, (1)(c) "covering, obscuring, or otherwise interfering with the legibility, angular visibility, or detectability of the primary features or details, including the license plate number or validation sticker, on the license plate";  are prohibited or (1)(d) "interfering with the ability to record the primary features or details, including the license plate number or validation sticker, on the license plate" are prohibited.

This act does not prohibit the use of a license plate frame as long as the frame does not obscure visibility of the following:

1.  The alpha numeric plate identifier;
2.  The decal located in the top right hand corner of the license plate.

The Department of Highway Safety & Motor Vehicles does not consider the information on the bottom of the plate to be a primary feature of the plate. A plate frame that impinges on the information at the top of the plate is permissible, as long as law enforcement is able to identify the state that issued the plate.

For reference, in a 2019 case, the Fourth District Court of Appeal, analyzing a similar statute (s. 320.061 F.S.), found the plate frame below to be permissible.



Law enforcement officers should consult their agency counsel should they have additional questions or need further guidance.

*Service • Integrity • Courtesy • Professionalism • Innovation • Excellence*
**An Equal Opportunity Employer**