**Case Summary Folder** [ 5/22/2026 3:14:37 PM ]

| Defendant Name: ▇▇▇▇ ▇▇▇ DOB: ▇▇ Gender: ▇ | City: ▇▇▇ State: FL Zip: ▇▇ | Driver's License: XXXXXXXXX▇ Tag State: FL Tag Nbr: RSHI50 |
|---|---|---|

**Citation #:** ANE5IWE
**Incident Date #:** 04/25/2026
**Case Type:** CRIMINAL
**Violation:** 320.061 - UNLAWFUL ALTERATION OF TAG/REGIST.
**Case Action:** SET FOR COURT

**State #:** 132026CT000ANE5IWE00
**Related Misdemeanor Charges:** NONE
**Attorney of Record:** NO ATTORNEY ON FILE

**Testo**

**Plea Entered:**
**Disposition:**
**Disposition Date:**
**Accident Indicator:** NO
**Speeding Detail:** N/A

**Amount Due:** NONE
**Penalty Assessed:** $0.00
**Due Date:** NONE
**Traffic School:** N/A

**Officer Name:** HERMANN JOSEPH
**Officer ID Number:** 2214
**Witness Name(s):**
  OFFICER HERMANN JOSEPH

**Officer Municipality:** MIAMI BEACH

**Next Court Day Information**

**Hearing Type:** ARRAIGNMENT
**Date:** 05/28/2026 12:00
**Location:** RICHARD E.GERSTEIN JUSTICE BUILDING

**Presiding Judge:** STEPHANIE SILVER
**Failed Status:** NONE ON FILE

**Floor:** 1   **Court Room:** 1

**Please contact the Miami-Dade Clerk's Office for further information or visit the Traffic FAQs**

## Case Dockets for Citation #  ANE5IWE

| Type | Date | User ID | Description |
|---|---|---|---|
| SET FOR COURT | 05/11/2026 16:25:51 | EXPERT | HEARING DATE: 05/28/2026 TIME: 12:00 TYPE: ARRAIGNMENT VCH LOC: JUSTICE BUILDING FLR: 1 RM: 1 JUDGE: SILVER, S ATTORNEY: *, * MOTIONS: N DISCOVERY: Y DIVISION: MBCH REPORT CODE: 000 |
| ORIG ENTRY | 04/29/2026 7:05:32 | ECIT | DIV: MBCH VIOL: 320061 OFFICER: 02214 |

**Case Summary Folder** [ 5/22/2026 3:15:24 PM ]

| Defendant Name: ███████ | City: ██████ | Driver's License: XXXXXXXX█ |
|---|---|---|
| DOB: ███ | State: FL | Tag State: FL |
| Gender: ███ | Zip: ███ | Tag Nbr: RSHI50 |

| | |
|---|---|
| **Citation #:** ANE5IVE | **State #:** |
| **Incident Date #:** 04/25/2026 | **Related Misdemeanor Charges:** NONE |
| **Case Type:** INFRACTION | **Attorney of Record:** NO ATTORNEY ON FILE |
| **Violation:** 322.19(2) - FAIL TO CHAGE ADDRESS/10 DAYS | |
| **Case Action:** SET FOR COURT | |
| | |
| **Plea Entered:** | **Amount Due:** $129.00 |
| **Disposition:** | **Penalty Assessed:** $129.00 |
| **Disposition Date:** | **Due Date:** NONE |
| **Accident Indicator:** NO | **Traffic School:** N/A |
| **Speeding Detail:** N/A | |
| | |
| **Officer Name:** HERMANN JOSEPH | **Officer Municipality:** MIAMI BEACH |
| **Officer ID Number:** 2214 | |
| **Witness Name(s):** OFFICER HERMANN JOSEPH | |

**Next Court Day Information**

| | |
|---|---|
| **Hearing Type:** ARRAIGNMENT | **Presiding Judge:** STEPHANIE SILVER |
| **Date:** 05/28/2026 12:00 | **Failed Status:** NONE ON FILE |
| **Location:** RICHARD E.GERSTEIN JUSTICE BUILDING | **Floor:** 1   **Court Room:** 1 |

**Case Dockets for Citation #  ANE5IVE**

| Type | Date | User ID | Description |
|---|---|---|---|
| SET FOR COURT | 05/11/2026 16:25:51 | EXPERT | HEARING DATE: 05/28/2026 TIME: 12:00 TYPE: ARRAIGNMENT VCH<br>LOC: JUSTICE BUILDING FLR: 1 RM: 1<br>JUDGE: SILVER, S ATTORNEY: *, *<br>MOTIONS: N DISCOVERY: DIVISION: MBCH REPORT CODE: 000 |
| LINK/UNLINK | 04/29/2026 7:08:11 | TRFB038 | UNLINKED FROM MASTER CASE ANE5IVE TO ANE5IWE CASE NUMBER ANE5IVE |
| ORIG ENTRY | 04/29/2026 7:05:32 | ECIT | DIV: VIOL: 322192 OFFICER: 02214 |

**Case Summary Folder** [ 5/22/2026 3:15:53 PM ]

| Defendant Name: ▮▮▮▮ | City: ▮▮▮▮ | Driver's License: XXXXXXXXX▮ |
|---|---|---|
| DOB: ▮▮▮ | State: FL | Tag State: FL |
| Gender: ▮▮▮ | Zip: ▮▮ | Tag Nbr: RSHI50 |

| | |
|---|---|
| **Citation #:** ANE5IUE | **State #:** |
| **Incident Date #:** 04/25/2026 | **Related Misdemeanor Charges:** NONE |
| **Case Type:** INFRACTION | **Attorney of Record:** NO ATTORNEY ON FILE |
| **Violation:** *316.646(1) - PROOF OF INSURANCE REQUIRED | |
| **Case Action:** SET FOR COURT | |
| | |
| **Plea Entered:** | **Amount Due:** $129.00* |
| **Disposition:** | **Penalty Assessed:** $129.00 |
| **Disposition Date:** | **Due Date:** NONE |
| **Accident Indicator:** NO | **Traffic School:** N/A |
| **Speeding Detail:** N/A | |
| | |
| **Officer Name:** HERMANN JOSEPH | **Officer Municipality:** MIAMI BEACH |
| **Officer ID Number:** 2214 | |
| **Witness Name(s):**  OFFICER HERMANN JOSEPH | |

**Next Court Day Information**

| | |
|---|---|
| **Hearing Type:** ARRAIGNMENT | **Presiding Judge:** STEPHANIE SILVER |
| **Date:** 05/28/2026 12:00 | **Failed Status:** NONE ON FILE |
| **Location:** RICHARD E.GERSTEIN JUSTICE BUILDING | **Floor:** 1   **Court Room:** 1 |

\* This citation is not eligible to be paid online. Please contact the Miami-Dade Clerk's Office for further information or visit the Traffic FAQs

**Case Dockets for Citation #  ANE5IUE**

| Type | Date | User ID | Description |
|---|---|---|---|
| SET FOR COURT | 05/11/2026 16:25:51 | EXPERT | HEARING DATE: 05/28/2026 TIME: 12:00 TYPE: ARRAIGNMENT VCH LOC: JUSTICE BUILDING FLR: 1 RM: 1 JUDGE: SILVER, S ATTORNEY: *, * MOTIONS: N DISCOVERY: DIVISION: MBCH REPORT CODE: 000 |
| LINK/UNLINK | 04/29/2026 7:08:11 | TRFB038 | UNLINKED FROM MASTER CASE ANE5IUE TO ANE5IWE CASE NUMBER ANE5IUE |
| ORIG ENTRY | 04/29/2026 7:05:32 | ECIT | DIV: VIOL: 3166461 OFFICER: 02214 |

**Case Summary Folder** [ 5/22/2026 3:17:57 PM ]

| Defendant Name: | City: | Driver's License: XXXXXXXXX |
|---|---|---|
| DOB: | State: FL | Tag State: FL |
| Gender: | Zip: | Tag Nbr: RSHI50 |

**Citation #:** ANE5ITE
**Incident Date #:** 04/25/2026
**Case Type:** INFRACTION
**Violation:** 322.34(1) - DWLS UNKNOWINGLY
**Case Action:** SET FOR COURT

**State #:**
**Related Misdemeanor Charges:** NONE
**Attorney of Record:** NO ATTORNEY ON FILE

**Plea Entered:**
**Disposition:**
**Disposition Date:**
**Accident Indicator:** NO
**Speeding Detail:** N/A

**Amount Due:** $176.00
**Penalty Assessed:** $176.00
**Due Date:** NONE
**Traffic School:** N/A

**Officer Name:** HERMANN JOSEPH
**Officer ID Number:** 2214
**Witness Name(s):**
  OFFICER HERMANN JOSEPH

**Officer Municipality:** MIAMI BEACH

**Next Court Day Information**

**Hearing Type:** ARRAIGNMENT
**Date:** 05/28/2026 12:00
**Location:** RICHARD E.GERSTEIN JUSTICE BUILDING

**Presiding Judge:** STEPHANIE SILVER
**Failed Status:** NONE ON FILE

**Floor:** 1   **Court Room:** 1

### Case Dockets for Citation #  ANE5ITE

| Type | Date | User ID | Description |
|---|---|---|---|
| SET FOR COURT | 05/11/2026 16:25:51 | EXPERT | HEARING DATE: 05/28/2026 TIME: 12:00 TYPE: ARRAIGNMENT VCH LOC: JUSTICE BUILDING FLR: 1 RM: 1 JUDGE: SILVER, S ATTORNEY: *, * MOTIONS: N DISCOVERY: DIVISION: MBCH REPORT CODE: 000 |
| LINK/UNLINK | 04/29/2026 7:08:11 | TRFB038 | UNLINKED FROM MASTER CASE ANE5ITE TO ANE5IWE CASE NUMBER ANE5ITE |
| ORIG ENTRY | 04/29/2026 7:05:32 | ECIT | DIV: VIOL: 322341 OFFICER: 02214 |