**FLORIDA UNIFORM TRAFFIC CITATION**

ANE5IWE

County of

**MIAMI-DADE**   **01**

☐ 1) F.H.P.   ☑ 2) P.D.   ☐ 3) S.O.   ☐ 4) OTHER

City (if Applicable)

Agency Name : **MIAMI BEACH PD**

**MIAMI BEACH**

Agency # : **002**

In the Court designated below the undersign certifies that he/she has just and reasonable grounds to believe and does believe that on

COMPLAINT (RETAINED BY COURT)

| Day of Week | Month | Day | Year | Time | | |
|---|---|---|---|---|---|---|
| **SATU** | **04** | **25** | **2026** | **09:50** | ☐ A.M. ☑ P.M. | |

Name (Print) First          Middle                         Last

XXXX   XXXXX

Street         If different than than one on Driver License "X" here

XXXXXXX

City               State                Zip Code

XXXXXX        **FL**        XXX

Telephone Number   Date of Birth: Month Day Year   Race   Sex   Height

XXXXXXXXX   ▉   ▉   ▉

Driver License No   XXXXXX

| State | Class | CDL License | Yr. License EXP | Commercial Vehicle | |
|---|---|---|---|---|---|
| **FL** | **E** | ☐ YES ☑ NO | **2032** | ☐ YES | ☑ NO |

| YR Vehicle | Make | Style | Color | Placarded Haz Material | |
|---|---|---|---|---|---|
| **2021** | **CHEVROLE** | **PK** | **GRY** | ☐ YES | ☑ NO |

| Vehicle License No | Trailer Tag No. | State | Year Tag Expires | >=16 Passengers | |
|---|---|---|---|---|---|
| **RSHI50** | | **FL** | **2027** | ☐ YES | ☑ NO |

Upon a Public Street or Highway or Other Location Namely

MotorCycle   ☐ YES   ☑ NO

**3000 BLOCK SR 907 (ALTON RD)**

If Companion Citations   ☑ YES   ☐ NO

FT      Miles      N ☐   S ☐   E ☐   W ☐   Of NODE

**DID UNLAWFULLY COMMIT THE FOLLOWING OFFENSE**          CHECK ONLY ONE OFFENSE EACH CITATION

☐ UNLAWFUL SPEED          MPH SPEED APPLICABLE          MPH

☐ INTERSTATE          ☐ SCHOOL ZONE          ☐ CONSTRUCTION WORKERS PRESENT

SPEED MEASURING DEVICE

☐ CARELESS DRIVING          ☐ CHILD RESTRAINT          ☐ EXPIRED DRIVER LICENSE SIX (6) MONTHS OR LESS

☐ VIOLATION OF TRAFFIC CONTROL DEVICE          ☐ SAFETY BELT VIOLATION          ☐ EXPIRED DRIVER LICENSE MORE THAN SIX (6) MONTHS

☐ FAILURE TO STOP AT A TRAFFIC SIGNAL          ☐ IMPROPER OR UNSAFE EQUIPMENT          ☐ NO VALID DRIVER LICENSE

☐ IMPROPER LANE CHANGE OR COURSE          ☐ EXPIRED TAG SIX (6)MONTHS OR LESS          ☐ DRIVING WHILE LICENSE SUSPENDED OR REVOKED

☐ NO PROOF OF INSURANCE          ☐ EXPIRED TAG MORE THAN SIX( (6) MONTHS          ☐ DRIVING UNDER THE INFLUENCE

☐ VIOLATION OF RIGHT-OF-WAY          ☐ IMPROPER PASSING          ☐ PASSENGER UNDER 18 YRS

BAL

**OTHER VIOLATIONS OR COMMENTS PERTAINING TO OFFENSE**

UNLAWFUL ALTERATION OF TAG/REGIST.

RE-EXAM   ☐ YES   ☑ NO

DL-SEIZED   ☐ YES   ☐ NO

☐ AGGRESSIVE DRIVING   IN VIOLATION OF

| SECTION | SUB-SECTION |
|---|---|
| **320.061** | |

| CRASH | PROPERTY DAMAGE | INJURY TO ANOTHER | SERIOUS BODILY INJURY TO ANOTHER | FATAL |
|---|---|---|---|---|
| ☐ YES ☑ NO | ☐ YES $ | ☑ NO ☐ YES ☑ NO | ☐ YES ☑ NO | ☐ YES ☑ NO |

☑ CRIMINAL VIOLATION COURT APPEARANCE REQUIRED AS INDICATED BELOW

☐ INFRACTION COURT APPEARANCE REQUIRED AS INDICATED BELOW          ANE5IWE

☐ INFRACTION WHICH DOES NOT REQUIRE APPEARANCE IN COURT

CIVIL PENALITY IS $

RICHARD E. GERSTEIN JUSTICE

COURT

LOCATION

Additional Comments :

**ARREST DELIVERED TO**                    **DATE**

I AGREE AND PROMISE TO COMPLY AND ANSWER TO THE CHARGES AND INSTRUCTIONS SPECIFIED IN THIS CITATION. WILLFUL REFUSAL TO ACCEPT AND SIGN THE CITATION MAY RESULT IN ARREST. I UNDERSTAND MY SIGNATURE IS NOT AN ADMISSION OF GUILT OR WAIVER OF RIGHTS. IF YOU NEED REASONABLE FACILITY ACCOMODATIONS TO COMPLY WITH THIS CITATION, CONTACT THE CLERK OF THE COURT

X SIGNATURE OF VIOLATOR(SIGNATURE IS REQUIRED IF INFRACTION REQUIRES APPEARANCE IN COURT)

**HERMANN  JOSEPH 2214  2214  2214**

RANK - NAME OF OFFICER          BADGE NO          ID NO.          TROOP/UNIT

☑ I CERTIFY THIS CITATION WAS DELIVERED TO THE PERSON CITED ABOVE AND CERTIFY THE CHARGE ABOVE

Additional Officer :

RANK - Name of Officer          BADGE NO          ID NO.          TROOP/UNIT

HSMV 75901 (Rev 06/2019)