**Search Results**                                                                 [ 5/22/2026 3:20:46 PM ]

**Search Performed:** Driver License
**Criteria Entered:** Driver License Number - XXXXXXXXX█████

*NOTE: Amount due information is current as of midnight last night.*

| Defendant Name | DOB | Case Type | Citation # | Case Action | Violation | Incident Date | State # | Amount Due |
|---|---|---|---|---|---|---|---|---|
| ██ | ██ | Infraction | ANE5IVE | SET FOR COURT | 322192 - FAIL CHG ADDRESS | 04/25/2026 | 132026TR000ANE5IVE00 | $129.00 |
| ██ | ██ | Infraction | ANE5IUE | SET FOR COURT | 3166461 - NO PROOF OF INS | 04/25/2026 | 132026TR000ANE5IUE00 | $129.00 |
| ██ | ██ | Infraction | ANE5ITE | SET FOR COURT | 322341 - DWLS UNKNOWINGLY | 04/25/2026 | 132026TR000ANE5ITE00 | $176.00 |
| ██ | ██ | Criminal | ANE5IWE | SET FOR COURT | 320061 - UNL ALTR TAG/REG | 04/25/2026 | 132026TR000ANE5IWE00 | $0.00 |
| ██ | ██ | Infraction | AN6GWYE | CONT SET PRE-TRIAL | 3166461 - NO PROOF OF INS | 03/17/2026 | 132026TR000AN6GWYE00 | $129.00 |
| ██ | ██ | Infraction | AN6GWUE | CONT SET PRE-TRIAL | 316187 - SPD/PSTD ST ROAD | 03/17/2026 | 132026TR000AN6GWUE00 | $294.00 |
| ██ | ██ | Infraction | AIOURZE | CLOSED | 31629522 - REF MAT/WINDSHIE | 10/25/2023 | 132023TR000AIOURZE00 | $0.00 |
| ██ | ██ | Infraction | AH4FH0E | CLOSED | 3160751C1M - FAI/TO STOP LITE | 04/11/2023 | 132023TR000AH4FH0E00 | $0.00 |
| ██ | ██ | Infraction | AGPAVZE | CLOSED | 322341 - DWLS UNKNOWINGLY | 08/02/2022 | 132022TR000AGPAVZE00 | $0.00 |
| ██ | ██ | Infraction | A7X8IHE | CLOSED | 3160751C1M - FAI/TO STOP LITE | 03/31/2022 | 132022TR000A7X8IHE00 | $0.00 |

**Please be advised:**

The Clerk of the Court and Comptroller of Miami-Dade County makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Clerk and Comptroller's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Clerk and Comptroller's Office. This website does not provide legal advice of any kind. If you require legal advice, please consult a qualified attorney of your choosing.

Service through the Clerk and Comptroller's electronic access is not the official record of the Clerk and Comptroller. In order to assure the accuracy of the data or information, the Clerk and Comptroller's office should be consulted regarding the Official Court Record.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services. You can review the complete Miami-Dade County Disclaimer.