**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

GISELA CASTILLA RODRIGUEZ,

    Plaintiffs,

v.

ROSIE CORDERO-STUTZ, in her official
capacity as Sheriff of Miami-Dade
County, Florida; RICHARD DEL TORO,
in his official capacity as Sheriff of
St. Lucie County, Florida; CITY OF
WEST MIAMI, FLORIDA; CITY OF
MIAMI BEACH, FLORIDA; and CITY
OF NORTH MIAMI BEACH, FLORIDA,

    Defendants.

Case No. 1:26-cv-21355-JAL

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO
RESPOND TO DEFENDANTS' MOTIONS TO DISMISS [ECF 33 AND ECF 36]**

Plaintiff GISELA CASTILLA RODRIGUEZ, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and S.D. Fla. Local Rule 7.1, respectfully moves this Court for a seven (7) day extension of time, through and including June 2, 2026, within which to file her response in opposition to (i) Defendant City of West Miami's Motion to Dismiss [ECF 33]; and (ii) Defendant City of Miami Beach's Motion to Dismiss [ECF 36]. In support, Plaintiff states as follows:

1. On May 11, 2026, Defendant City of West Miami filed its Motion to Dismiss the Amended Complaint with Prejudice. [ECF 33].

2. On May 12, 2026, Defendant City of Miami Beach filed its Motion to Dismiss the Amended Complaint with Prejudice. [ECF 36], together with a Notice of Filing Exhibits. [ECF 37].

1

3. Plaintiff's responses to ECF 33 and ECF 36 are currently due on May 26, 2026, pursuant to S.D. Fla. Local Rule 7.1(c)(1).

4. Plaintiff respectfully seeks a brief, seven (7) day extension, through and including June 2, 2026, in which to file her responses to ECF 33 and ECF 36.

5. Good cause supports this brief extension. Defendants' two pending motions to dismiss together total more than 40 pages and raise overlapping arguments concerning Article III standing, Federal Rule of Civil Procedure 5.1, *Monell* municipal liability, facial vagueness under the Due Process Clause, mootness in light of Chapter 2026-39, Laws of Florida (Senate Bill 488), and the proper scope of relief under *Trump v. CASA, Inc.*, 606 U.S. 831 (2025). Plaintiff intends to file a single consolidated response addressing both motions, which will conserve judicial resources and reduce duplicative briefing for the Court and the parties.

6. This is Plaintiff's first request for an extension of any deadline in this matter.

7. The brief seven-day extension will not affect any other deadline in this case and will not materially prejudice any party.

8. This Motion is not interposed for purposes of delay.

### LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to S.D. Fla. Local Rule 7.1(a)(3), undersigned counsel certifies that on May 26, 2026, he conferred by email with counsel for Defendants City of West Miami and City of Miami Beach in a good faith effort to resolve the issues raised in this Motion. Counsel for Defendant City of Miami Beach has advised that the City of Miami Beach does not object to the relief sought herein. As of the time of filing, counsel for Defendant City of West Miami, Claudio Riedi, Esq., has not responded to undersigned counsel's good faith request to confer, and the City of West Miami's position on the relief sought herein is therefore unknown.

WHEREFORE, Plaintiff Gisela Castilla Rodriguez respectfully requests that this Court enter an Order: (i) granting this Motion; (ii) extending Plaintiff's deadline to file responses to ECF 33 and ECF 36 through and including June 2, 2026; and (iii) granting such other relief as this Court deems just and proper.

Dated: May 26, 2026.

| | |
|---|---|
| /s/ Charles E. Whorton | /s/ Stephen Binhak |
| Charles E. Whorton<br>Anna D. Quesada<br>Ticket Toro Law Firm<br>5757 Waterford District Drive<br>Suite 110<br>Miami, FL 33126<br>Charlie@TicketToro.ai<br>Anna@TicketToro.ai | Stephen Binhak<br>The Law Office of Stephen James Binhak,<br>P.L.L.C.<br>One Southeast Third Ave., Suite 2600<br>Miami, Florida 33131<br>(305) 361-5500<br>(305) 428-9532 fax<br>binhaks@binhaklaw.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Charles E. Whorton
Charles E. Whorton

3